IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE WARD, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | No. 16-785 |

## ORDER

AND NOW, this 3rd day of ~~March~~ April, 2017, after review of the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Plaintiff's Request for Review is **GRANTED**.

3. This matter be **REMANDED** to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge should consider the Function Report – Adult completed by Plaintiff's stepmother, explain the weight, if any, the ALJ accords that evidence, and reconsider whether Plaintiff's severe impairments meet or equal a Listing of Impairments, in light of that evidence. The Administrative Law Judge is also to consider whether, in combination, Plaintiff's severe impairments meet or equal a Listing. The Administrative Law Judge should re-evaluate Plaintiff's credibility in light of the evidence provided by her stepmother.

BY THE COURT:

Gerald A. McHugh, J.